```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         AUG 1 9

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BRYAN EGAN,<br><br>      Defendant. | 2:01-CR-00240-KJD-PAL<br><br>ORDER |

      IT IS HEREBY ORDERED that James B. Hartsell, Esq. is APPOINTED as counsel for Bryan Egan in place of the Federal Public Defender for all further proceedings.

      The Federal Public Defender shall forward the file to Mr. Hartsell forthwith.

      DATED this 19th day of August, 2010.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE